**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| JAMES TAYLOR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:26-CV-37 (LAG) |
| | : | |
| Detention Officer JACKSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

*Pro se* Plaintiff James Taylor, an inmate at the Dougherty County Jail in Albany, Georgia, filed a 42 U.S.C. § 1983 complaint. (Doc. 1). Plaintiff also requested leave to proceed *in forma pauperis*. (Doc. 2). On April 8, 2026, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered him to pay an initial partial filing fee of $25.17. (Doc. 4). Plaintiff was given fourteen days to pay the fee. (*Id*.) He was informed that failure to comply with an order of the court may result in dismissal of his complaint. (*Id*.) Plaintiff failed to respond. (*See* Docket).

Therefore, on May 7, 2026, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to comply with this Court's Order. (Doc. 5). The Court again specifically informed Plaintiff that his action could be dismissed if he failed to respond or otherwise pay the fee. (*Id*.) Plaintiff again failed to respond. (*See* Docket).

Because Plaintiff has failed to comply with the Court's Orders or otherwise prosecute his case, his complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist*., 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 8th day of June, 2026.

<u>/s/ Leslie A. Gardner</u>
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**