IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JAMES TAYLOR,                                             *

              Plaintiff,                          *

v.                                                                      Case No. 1:26-CV-37 (LAG)

                                                 *

DETENTION OFFICER ARIEL
JACKSON,                                                      *

              Defendant.                        *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated June 8, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 8th day of June, 2026.

David W. Bunt, Clerk


s/ Michelle Paschal, Deputy Clerk